IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


GREGORY MACK,

      Appellant,

 v.                                    Case No.  5D21-2617
                                          LT Case No. 2018-CF-9358-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 2, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Gregory Mack, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and SASSO, JJ., concur.